# Court of Appeals
# of the State of Georgia

ATLANTA,   May 17, 2016

*The Court of Appeals hereby passes the following order:*

## A16A1429. WAYNE ROSS v. THE STATE.

A jury found Wayne Ross guilty of selling cocaine, possession of cocaine with intent to distribute, and obstruction, and his conviction was affirmed on appeal. See *Ross v. State*, 313 Ga. App. 695 (722 SE2d 411) (2012). Years later, Ross filed a "Motion to Correct Sentence," arguing that the trial court abused its discretion in sentencing him to life imprisonment, that he was wrongly sentenced as a recidivist, and that the sentence constituted cruel and unusual punishment. The trial court denied the motion, and Ross filed this appeal.

Under OCGA § 17-10-1 (f), a trial court may modify a sentence during the year after its imposition or within 120 days after remittitur following a direct appeal, whichever is later. See *Frazier v. State*, 302 Ga. App. 346, 347-348 (691 SE2d 247) (2010); *Burg v. State*, 297 Ga. App. 118, 118 (676 SE2d 465) (2009). Once this statutory period expires, a trial court may modify a sentence only if it is void. See *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). And a sentence is void only if it imposes punishment that the law does not allow. See *Von Thomas v. State*, 293 Ga. 569, 571 (748 SE2d 446) (2013).

Here, Ross does not argue that his sentence fell outside the permissible statutory range and thus has not raised a colorable void sentence claim.[1] Accordingly,

---

[1] Although Ross argues that the trial court erred in sentencing him as a recidivist, he raised this argument in his direct appeal. See *Ross*, supra at 699 (2). He is thus barred from asserting this argument in a subsequent appeal. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011).

we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta, _____05/17/2016_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.